# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JD1 AND JD2, BY AND ALLYSON RASK[IN] | 3:21-cv-020429-L-BK |
| Plaintiff | CASE NUMBER |

v.

| | |
|---|---|
| DALLAS INDEPENDENT, ) SCHOOL DI[STRICT] | SAM A. LINDSAY |
| Defendant | JUDGE |

## NOTICE OF APPEAL

Notice is hereby given that ALLYSON RASKIN
(Appellant's Name)

appeals to the United States Court of Appeals for the Fifth Circuit from the

from the judgement dismissing without prejudice all claims asserted by Plaintiffs in their Amended Complaint
(conviction and sentence); (sentence only); (order);(judgment)

entered in this action on November 17, 2021
(Date)

Date November 29, 2021

Attorney/Pro Se Litigant Signature /s/ Allyson Raskin

Print Name Allyson Raskin

Address 5533 Meletio Lane

City, State, Zip Dallas, TX 75230

Telephone 214-263-5802