

# United States Court of Appeals
# for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Nov 07, 2023**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 2, 2023

Lyle W. Cayce
Clerk

No. 21-11180

_____

ALLYSON RASKIN, *on behalf of her minor children* JD1 and JD2,

*Plaintiff—Appellant*,

*versus*

DALLAS INDEPENDENT SCHOOL DISTRICT; DALLAS INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES; MICHAEL HINOJOSA, *Superintendent of the Dallas Independent School District in his individual capacity and in his official capacity as Superintendent of the Dallas Independent School District*; BEN MACKEY, *President*; EDWIN FLORES, *1st Vice President*; MAXIE JOHNSON, *2nd Vice President*; JOE CARREON, *Board Secretary*; DUSTIN MARSHALL; DAN MICCICHE; KARLA GARCIA; JOYCE FOREMAN; JUSTIN HENRY, *all in their Individual Capacities and in their Capacities as Members of the Dallas Indpendent School District Board of Trustees*,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-2429

_____

Before HIGGINBOTHAM, HIGGINSON, and OLDHAM, *Circuit Judges*.

J U D G M E N T

Case: 21-11180   Document: 00516958687   Page: 2   Date Filed: 11/07/2023
Case 3:21-cv-02429-L   Document 36   Filed 11/07/23   Page 2 of 3   PageID 362

No. 21-11180

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the District Court's dismissal of the GINA claims is VACATED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.


ANDREW S. OLDHAM, *Circuit Judge*, dissenting in part and concurring in the judgment.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 07, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 21-11180   Raskin v. Dallas Indep Sch Dist
                         USDC No. 3:21-CV-2429

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                     Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Renee S. McDonough, Deputy Clerk
                                       504-310-7673

cc:
      Mr. Matthew Phillip Erickson
      Mr. David J. Hacker
      Ms. Kathryn Elizabeth Long
      Mr. Carlos G. Lopez
      Mr. Jeffrey Carl Mateer
      Mrs. Allyson Raskin
      Mr. Kenneth Adam Rothey
      Mr. Hiram Stanley Sasser III
      Mr. Kelly J. Shackelford
      Mr. Cody Wayne Stafford
      Mr. Aaron Michael Streett